UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:22-cv-61192-WPD

SCILEX PHARMACEUTICALS INC., ITOCHU CHEMICAL FRONTIER CORPORATION, AND OISHI KOSEIDO CO., LTD.,

    Plaintiffs,

v.

AVEVA DRUG DELIVERY SYSTEMS, INC., APOTEX CORP., AND APOTEX INC.,

    Defendants.

## [PROPOSED] ORDER GRANTING
## JOINT MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES

THIS CAUSE, having come before the Court upon the Parties' Joint Motion to Extend Certain Pretrial Deadlines, and this Court having considered the Joint Motion and all other relevant factors, it is hereby **ORDERED AND ADJUDGED** as follows:

The Joint Motion is GRANTED. Certain pretrial deadlines, previously set forth in the Court's Order Setting Civil Trial Date, Pretrial Deadlines, and Referral to Magistrate Judge ("Scheduling Order") (D.E. 41) and the Parties' Joint Scheduling Report and Proposed Case Management Plan ("Case Management Plan") (D.E. 38), are modified as set forth in the table below:

| Event | Previous Deadline | GRANTED Extended Deadline |
|---|---|---|
| Close of Fact Discovery | May 5, 2023 | May 26, 2023 |
| Joinder of Other Parties and Amendment of Pleadings | May 26, 2023 | June 16, 2023 |

| Event | Previous Deadline | GRANTED Extended Deadline |
|---|---|---|
| Opening Expert Reports (burden of proof) | June 16, 2023 | July 11, 2023 |
| Rebuttal Expert Reports | July 28, 2023 | August 18, 2023 |
| Reply Expert Reports | August 23, 2023 | September 15, 2023 |
| Close of Expert Discovery | October 14, 2023 | October 20, 2023 |

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of May, 2023.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record