UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:22-cv-61192-WPD

SCILEX PHARMACEUTICALS, INC.,
ITOCHU CHEMICAL FRONTIER CORP.,
AND OISHI KOSEIDO CO., LTD.,

Plaintiffs,

v.

AVEVA DRUG DELIVERY SYSTEMS, INC.,

Defendant.

## ORDER GRANTING
## JOINT MOTION TO MODIFY CERTAIN PRETRIAL DEADLINES

THIS CAUSE, having come before the Court upon the Parties' Joint Motion to Modify Certain Pretrial Deadlines [DE 109/110/113], and this Court having considered the Joint Motion and all other relevant factors, it is hereby **ORDERED AND ADJUDGED** as follows:

The Joint Motion [DE 109/110/113] is **GRANTED**. Certain pretrial deadlines, previously set forth in the Court's Order Setting Civil Trial Date, Pretrial Deadlines, and Referral to Magistrate Judge ("Scheduling Order") [DE 41], the Parties' Joint Scheduling Report and Proposed Case Management Plan ("Case Management Plan") [DE 38], and the Court's May 4, 2023 Order [DE 98] are modified as set forth in the table below:

| Event | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| Scilex Amended Opening Expert Reports on Infringement | N/A | Within fourteen (14) days of Aveva's production of its response to the FDA deficiency letter, the parties will submit a proposed modified case schedule that permits Scilex to serve amended opening expert reports on the issue of infringement, and establishes new dates for both Parties' rebuttal report(s); reply report(s); and the close of expert discovery. |
| Rebuttal Expert Reports | August 18, 2023 | Stayed.  Within fourteen (14) days of Aveva's production of its response to the FDA deficiency letter, the parties will submit a proposed modified case schedule that permits Scilex to serve amended opening expert reports on the issue of infringement, and establishes new dates for both Parties' rebuttal report(s); reply report(s); and the close of expert discovery. |
| Reply Expert Reports | September 15, 2023 | Stayed.  Within fourteen (14) days of Aveva's production of its response to the FDA deficiency letter, the parties will submit a proposed modified case schedule that permits Scilex to serve amended opening expert reports on the issue of infringement, and establishes new dates for both Parties' rebuttal report(s); reply report(s); and the close of expert discovery. |
| Close of Expert Discovery | October 20, 2023 | Stayed.  Within fourteen (14) days of Aveva's production of its response to the FDA deficiency letter, the parties will submit a proposed modified case schedule that permits Scilex to serve amended opening expert reports on the issue of infringement, and establishes new dates for both Parties' rebuttal report(s); reply report(s); and the close of expert discovery. |
| Substantive Pretrial Motions (Summary Judgment) | November 13,2023 | The Parties agree to forego summary judgment briefing, and the corresponding deadline is stricken |

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of August, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record