UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:22-cv-61192-WPD

SCILEX PHARMACEUTICALS, INC.,
ITOCHU CHEMICAL FRONTIER CORP.,
AND OISHI KOSEIDO CO., LTD.,

Plaintiffs,

v.

AVEVA DRUG DELIVERY SYSTEMS, INC.,

Defendant.

## ORDER RESETTING TRIAL DATE AND CALENDAR CALL

THIS CAUSE is before the Court *sua sponte*, upon a review of the undersigned's calendar.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This case is **RESET** for trial on the two-week calendar commencing **Monday, July 8, 2024**. Calendar call is **RESET** for **Tuesday, June 18, 2024** at 9:00 a.m. These proceedings shall be conducted in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, FL.

2. No other deadlines shall be affected by this Order.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 22nd day of January, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record