UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:22-cv-61192-WPD

SCILEX PHARMACEUTICALS INC.,
ITOCHU CHEMICAL FRONTIER
CORPORATION, AND OISHI KOSEIDO
CO., LTD.,

      Plaintiffs,

v.

AVEVA DRUG DELIVERY SYSTEMS,
INC.,

      Defendant.

## FINAL JUDGMENT AND ORDER CLOSING CASE

THIS CAUSE is before the Court upon the Court's Findings of Fact and Conclusions of Law, entered today by separate Order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Judgment is entered in favor of Defendant Aveva Drug Delivery Systems, Inc. ("Defendant") and against Plaintiffs Scilex Pharmaceuticals Inc., Itochu Chemical Frontier Corporation, and Oishi Koseido Co., Ltd. (collectively, "Plaintiffs") as to Plaintiffs' Amended Complaint.

2. Plaintiffs shall take nothing from Defendant from this action.

3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of August, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record